EMILIA R. SANTOS *v.* LUIS DOMINQUEZ ET AL.
(6608)

SPALLONE, DALY and FOTI, Js.

Submitted on briefs November 7—decision released November 17, 1988

*Christopher G. Winans* filed a brief for the appellant (plaintiff).

*Robert M. LaRose, Michael E. Riley* and *Jaime B. Thomas,* law student intern, filed a brief for the appellees (defendants).

PER CURIAM. There is no error.